TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00176-CV

Jerry Salazar and Cheryl Salazar, Appellants

v.

Texas Department of Protective and Regulatory Services, Appellee

FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT

NO. 95-0749, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING 

PER CURIAM

 Because Jerry Salazar and Cheryl Salazar have neither paid for nor made
arrangements to pay for the clerk's record, we will dismiss this appeal for want of prosecution. 
See Tex. R. App. P. 35.3(a)(2).

 The Clerk of this Court filed appellants' Notice of Appeal on March 21, 2000. By
letter dated May 5, 2000, appellants were requested to submit a status report regarding this matter
by May 19, 2000, and that failure to respond to this request would result in this appeal being
dismissed for want of prosecution. Thus far, appellants have failed to respond to this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed for Want of Prosecution

Filed: August 31, 2000

Do Not Publish